

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant/Cross-Appellee

v.

**CENVEO CORPORATION,**
Appellee/Cross-Appellant

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

    Cynthia Perez Lenz's notification of late reporter's record is hereby GRANTED. Time is extended to July 15, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

Keith E. Hottle
Clerk of Court